# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:04-cr-00118-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) DANIEL ARELLANO-ESCOBAR, )<br>and )<br>(4) DOMINGO FRANCO-MARTINEZ, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment [Doc. 92].

Upon review of the Government's motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 92] is **GRANTED**, and the Bill of Indictment in the above-captioned case, as it relates to the Defendants Daniel Arellano-Escobar and Domingo Franco-Martinez only, is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the Government, the U.S. Marshals Service, and the U.S. Probation Office.

**IT IS SO ORDERED.**  Signed: June 17, 2016

Martin Reidinger
United States District Judge